# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| ERIC FLORES, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00116-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES ATTORNEY GENERAL, ET AL, | ) ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2013, Order.

August 15, 2013

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court